■ TALI PLAZA OF NYACK, LLC, Appellant, v VILLAGE OF NYACK, Respondent, et al., Defendant. (And a Third-Party Action.) [42

NYS3d 868]—In an action, inter alia, to recover damages for injury to property, the plaintiff appeals from an order of the Supreme Court, Rockland County (Walsh II, J.), dated January 12, 2015, which denied its motion for summary judgment on the issue of liability on the cause of action alleging negligence insofar as asserted against the defendant Village of Nyack.

Ordered that the order is affirmed, without costs or disbursements.

The plaintiff made a prima facie showing of its entitlement to summary judgment on the issue of liability on the cause of action alleging negligence insofar as asserted against the defendant Village of Nyack which was based on a claim that the Village negligently maintained and inspected the stormwater sewer system at issue. In opposition to the plaintiff's prima facie showing, the Village raised triable issues of fact, including whether it had the responsibility to maintain and inspect relevant portions of the stormwater sewer system (*see Brandenburg v County of Rockland Sewer Dist. #1, State of N.Y.*, 127 AD3d 681 [2015]; *Bilotta v Town of Harrison*, 106 AD3d 848 [2013]).

The plaintiff's remaining contentions are without merit.

Accordingly, the Supreme Court properly denied the plaintiff's motion for summary judgment on the issue of liability on the cause of action alleging negligence insofar as asserted against the Village. Hall, J.P., Sgroi, Maltese and Duffy, JJ., concur.